IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISON

| | | |
|---|---|---|
| UNITED STATES | | PLAINTIFF |
| VS. | 4:17CR00293-20 BSM | |
| BRITTANY HANDLEY | | DEFENDANT |

MOTION TO MODIFIY CONDITIONS OF RELEASE

COMES NOW, the Defendant by and thru Sara F. Merritt, Merritt Law, and for her Motion to Modify Release states:

1. The defendant was sentenced by this Court and part of that sentence was for home detention for a period of 1 year with permission to work.
2. Ms. Handley has continued to comply with all court orders and do very well with her conditions.
3. Ms. Handley was seeking permission from her supervising officer to be allowed to travel on a family vacation.
4. Her supervising officer, Talia McDonald contacted undersigned counsel recommending that this motion be filed to remove Ms. Handley from house arrest and let her travel and continue her conditions without further home detention.
5. Attached as exhibit 1 is an email from Ms. McDonald explaining the request.

Wherefore the defendant prays that her Motion be granted, that her home detention be ended and for any other relief the court deems appropriate.

**CERTIFICATE OF SERVICE**

I, Sara F. Merritt, hereby certify that I have on this 2nd day of June 2023, delivered to the below listed parties, by mail, a copy of the within pleading.

Chris Givens

Asst. United States Attorney

P.O. Box 1229

Little Rock, AR 72203

/s/ Sara F. Merritt