


On Thursday, May 11, 2023 at 08:30:17 AM CDT, Talia McDaniel <talia_mcdaniel@arep.uscourts.gov> wrote:

Good morning.

You represented Ms. Handley in her federal court case. She was sentenced in January to 90 days with adjustment of 90 days severed. She was also sentenced to 1 year of home detention. It's coming up on six months since she began her supervised release and placed on home detention. At six months our office typically will evaluate the persons compliance and determine if it is appropriate to contact the court regarding a possible modification. Ms. Handley has done well on her term of supervised release. She's maintained her employment, maintained her sobriety, and she's participating in mental health services.

I contacted the court with this information to inquire if the judge would consider a modification to remove the home detention all together or modify to curfew if they weren't willing to removed completely. The courts response is they wouldn't be able to provide anything until an official motion was on the docket.

Ms. Handley is compliant with her home detention component. She served 5 years on pretrial supervision before she was sentenced and was successful during that as well.

Ms. Handley has contacted me about wanting to travel for a vacation in July. However, with her home detention condition I cannot permit travel.

If possible, can you file a motion on her behalf to have the home detention component removed? I've advised Ms. Handley that I would reach out to you with this information.

Talia McDaniel

U.S. Probation Officer