# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                            **PLAINTIFF**

**v.**                   **CASE NO. 4:17-CR-00293-BSM-20**

**BRITTANIE HANDLEY**                            **DEFENDANT**

## ORDER

Brittanie Handley's motion to modify the conditions of her supervised release [Doc. No. 2774] is denied. Handley was given home detention for the first year of her supervised release as part of a sentence that was significantly below the guidelines. She must complete the year-long period of home detention as specified in the judgment. Doc. No. 2727.

IT IS SO ORDERED this 23rd day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE