UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | NO. 4:17CR00293-20 BSM |
| | ) | |
| | ) | |
| BRITTANIE HANDLEY | ) | DEFENDANT |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned, Lisa G. Peters, hereby enters her appearance as counsel in this case for the Defendant, Brittanie Handley.

    Respectfully submitted,

    LISA G. PETERS
    FEDERAL DEFENDER

By:    Lisa G. Peters, Bar No. 89099
       Federal Public Defender Office
       The Victory Building
       1401 W. Capitol, Suite 490
       Little Rock, Arkansas 72201
       (501) 324-6113
       Email: lisa_peters@fd.org

For:   Brittanie Handley, Defendant