UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | NO. 4:17CR00293-20 BSM |
| | ) | |
| | ) | |
| BRITTANIE HANDLEY | ) | DEFENDANT |

**DEFENDANT'S MOTION FOR**
**EARLY TERMINATION OF SUPERVISED RELEASE**

Brittanie Handley respectfully requests that the Court enter an Order ending her term of supervised release based upon Ms. Handley's exceptional conduct while under supervision, the particular facts and circumstances of her case, and in the interest of justice. In support of this request, the following information is provided to the Court for its consideration:

1.  Brittanie Handley was initially sentenced on January 4, 2023, to 90 days imprisonment (with adjustment of 90 days time served) followed by 3 years of supervised release[1], which began on that same date. Since being under supervision, Ms. Handley has consistently complied with all the terms and conditions of her supervised release and is on a low intensity caseload. Brittanie Handley has paid her mandatory special assessment and otherwise fulfilled the conditions of her sentence. In addition, Ms. Handley has the strong support of her family and friends (*see* attached letters marked Exhibit A).

2.  As evidenced by Ms. Handley's own statement (*see* attached letter marked Exhibit B), she is determined to lead a law-abiding life so that she can remain a contributing member of the community. Since Ms. Handley's release, she has completely turned her life around. She is now at a point in life where she's ready to build a firm foundation with higher career opportunities. Currently, she is the head receptionist at Hartman Animal Hospital and being released from supervision will give her a chance to advance in areas where a constant

---

[1] Ms. Handley's offense was conspiracy to possess with intent to distribute and to distribute methamphetamine.

unsupervised level is anticipated.

3. Because Ms. Handley has performed so well during the lengthy period that she has been under supervision of the Probation Office, it is hoped that neither the Government nor the Probation Office would have a problem with the request that she be allowed to end her term of supervision early.

4. In particular, Ms. Handley has completed over half of the supervisory term; she has remained in full compliance with the conditions of her supervision; she has paid all money due; she is not a registered sex offender; she is not an armed career criminal or career offender; she did not have an aggravated role in the offense of conviction; she does not have any pending charges; she does not have a criminal history that reflects an ongoing, uninterrupted pattern of criminal conduct; she does not present an identifiable risk to the public; she has not had any recent psychiatric episodes; her behavior does not evidence any recent drug or alcohol abuse; and she has displayed stable community reintegration.

5. The District Court enjoys "broad discretion" when, after considering a variety of considerations, "it discharges a defendant's supervised release." *United States v. Davies*, 380 F.3d 329, 332 (8th Cir. 2004). These considerations are largely the same as those the Court assesses when imposing an original sentence. In particular, Title 18 U.S.C. 3583(e)(1) states that:

> The court may, after considering the factors set forth in section (a)(1), (a)(2)(B), (a)(2)(C), (a)(4), (a)(5), and (a)(6), terminate a term of supervised release and discharge the person released at any time after the expiration of one year of supervised release . . if it is satisfied that such action is warranted by the conduct of the person released and the interest of justice.

6. The phrase "interest of justice" affords the Court wide latitude to consider a broad range of factors when considering whether to grant early release to someone under supervision. It is respectfully maintained that Brittanie Handley's case is one which meets the factors for early termination. She has been under supervision for the past 20 months and her post-offense conduct has been exceptional. Defense counsel further submits that releasing Ms. Handley from supervision will allow the probation department to invest its resources and time

in other ex-offenders in need of services.

WHEREFORE, it is respectfully requested that the Court enter an Order terminating Brittanie Handley's current term of supervised release.

                                          Respectfully submitted,
                                          LISA G. PETERS
                                          FEDERAL DEFENDER

By:    Lisa G. Peters, Bar No. 89099
         1401 W. Capitol Ave., Suite 490
         Little Rock, AR 72201
         (501) 324-6113
         E-mail: lisa_peters@fd.org

For:   Brittanie Handley, Defendant