June 11, 2024

Catherine D. Loyd
1898 SR 164 W
Dover AR, 72837
katie_loyd_95@yahoo.com
+1 479-518-3063

Honorable Brian S. Miller
Eastern District of Arkansas
1401 West Capitol
Little Rock, Arkansas 72201

Dear Judge Brian S. Miller,

My name is Catherine Loyd. I am currently working as an active-duty Corpsman in the United States Navy, and I am writing to express my wholehearted support for my cousin Brittanie Handley's request for early termination of her supervised release. I have known Brittanie all my life, and I can confidently speak to the positive changes and personal growth she has demonstrated during this period.

Since Brittanie has been under supervised release, I have had the privilege of witnessing her profound transformation. The person before you today is not the same individual who once made regrettable choices. Brittanie has worked tirelessly to turn her life around, and I can attest to the remarkable changes she has made.

Brittanie has secured steady employment at Hartman Animal Hospital, where she has become an integral part of the team. Her dedication, hard work, and positive attitude has not only earned her the respect of her colleagues but has also provided her with a sense of purpose and stability. Every day, she strives to improve and make meaningful contributions to her workplace.

Beyond her professional achievements, Brittanie has been an incredible support to our family. She has rekindled once-strained relationships and has become a source of strength and inspiration for all of us. Her presence at family gatherings brings joy and reassurance, and she has become a role model for our younger family members, demonstrating the importance of taking responsibility for one's actions and the power of change.

In addition to her personal and professional growth, Brittanie has fully complied with all the conditions of her supervised release. She has consistently attended all required meetings, passed every drug test, and adhered to the guidelines set by her probation officer. Her unwavering commitment to these requirements underscores her determination to lead a lawful and honorable life.

Our family has been a steadfast support system for Brittanie, and we have witnessed her struggle, perseverance, and eventual triumph over her past. We believe that early termination of her supervised release would not only be a recognition of her hard work but also an essential step in allowing her to continue her positive trajectory without the constraints of supervision.


EXHIBIT A

June 11, 2024

Judge Miller, I ask you to consider the profound impact that early termination would have on Brittanie's life. Through her actions, she has shown a genuine desire to be a productive and valued member of society. Granting this request would not only honor her efforts but also provide her with the opportunity to fully embrace the new life she has built.

Thank you for taking the time to read this letter and for considering my heartfelt request. I have full faith that you will see the positive changes in Brittanie and grant her the chance to continue on this promising path.

With sincere gratitude,
Catherine Loyd

JoAnna Roath, DVM
54 Purple Plum Drive
Hattieville, AR 72063
501-652-1688

June 23, 2024

Honorable Brian S. Miller
1401 West Capital
Little Rock, AR 72201

RE: Letter of Support for Ms. Brittanie Handley

Dear Judge Brian S. Miller:

My name is JoAnna Roath, and I am a veterinarian at Hartman Animal Hospital, which is Brittanie Handley's current place of employment. I am writing to express my true support for Brittanie's request for her early termination of supervised release. I have known Brittanie for the last 3 years and have come to respect her more and more, seeing her transformation and continued growth with each day.

Since Brittanie has worked for us at Hartman Animal Hospital, she has continued to become an integral part of our team, gaining skills and experience every day that has helped with her continued growth. She has become our top receptionist, even though she had had no experience in the veterinary field before working for us. This exemplifies her nature of endurance and willingness to learn every day in a challenging field such as ours. She has developed great personal and communication skills and has shown that she is a great employee, dedicated to her growing sense of stability and purpose, both personally and professionally.

For these reasons, I am writing to support Brittanie in her continued journey of growth and transformation. Thank you for taking the time to consider her early termination of supervised release. I feel that Brittanie will continue to grow and help those around her who are dealing with similar struggles if she is granted this benefit.

Sincerely,

*JoAnna Roath, DVM* (signature)

JoAnna Roath, DVM

Dear Honorable Judge,

I am Meagan Hartman, Brittanie Handley's Practice Manager at Hartman Animal Hospital. I am writing this letter of support for leniency for early release from probation for Brittanie.

I have known Brittanie since 2021 when she started as a receptionist at our office. As her practice manager I have seen her learn and grow into a vital part of our receptionist team. She is kind and considerate to our clients and patients that come into our office. It is a big task to be the face of an animal hospital, but Brittanie takes it in stride and always with a smile on her face. I have seen her develop personal relationships with countless clients and their pets that makes them all feel special and important.

Brittanie is a hard worker and always someone that not only I can count on, but the rest of my staff can count on as well. She is always willing to learn and take things head on which has made her not only an excellent receptionist but an amazing employee to have on my staff. As a practice manager I have heard nothing but amazing reviews about my front office and I know Brittanie is a big part of that. She not only embodies great qualities for a receptionist, but I have also seen her help train new employees to have the same qualities.

Over the years I have learned a lot about Brittanie, she has been open about her past with me even when she didn't have to. Brittanie is a strong, independent, fun-loving and loyal person but most of all she is a person who has overcome mistakes she has made in the past and had the courage to change her life for the better. I can honestly say she has learned from her mistakes and constantly chooses to make the right choices in life. I am proud of the person she is today and even more proud to have her as a part of my staff.

I am confident that Brittanie will continue this path as an honest, strong, dependable person in her life moving forward after her release from probation. Thank you for your time and consideration for leniency for Brittanie Handley's early release from probation.

Sincerely,

Meagan Hartman, Practice Manager

Hartman Animal Hospital

385 Hogan Lane

Conway, AR 72034

501-733-2634, 501-450-6444

Mary Barber

2002 Michelle Circle, Conway, AR 72032

(479) 970-7758

Your honor,

My name is Mary Barber. I am a speech language pathologist. I met Brittanie when we were 5 years old. We have been friends now for 25 years.

Brittanie is a good friend to have - fierce, honest, and loyal. These qualities have not only proven to be beneficial in relationships, work life, but also in her recovery. She is fierce and does not give up when faced with hardships. Brittanie has goals for herself that are far beyond the mistakes she once made. She is honest with herself and others. She knows her mistakes and owns up to them shamelessly. She has been loyal to herself and her goals, ensuring a better life for herself by distancing herself from trouble and pursuing a job she truly enjoys.

Brittanie has abided by the stipulations made by the court and has worked tirelessly to start fresh. Her loved ones see that, and I would bet anyone I ask would agree. Your honor, I hope that you can see that too. By granting Brittanie leniency, you can help her better her life. You can be a huge contribution to a fresh start that she so badly deserves and desires.

Thank you

Mary Barber

Rachel Gaffney
46 River Road Dr. W
Mayflower, Arkansas 72106
(501) 297-8489
August 1st, 2024

Judge Miller;

I hope this letter finds you well. I appreciate this opportunity to show my support for Brittanie Handley as you rule on her case. My name is Rachel Gaffney, and I am a veterinary assistant of 4 years. In 2019, I graduated from Arkansas State University with my bachelors degree in Animal Science. In college, friends were easy to come by. When I entered the workforce, I realized how difficult it can be to build genuine friendships with other women. Brittanie became my colleague 3 years ago this month, and I am so grateful to have not only a hardworking teammate, but a loyal friend in her. She takes so much pride in the work that she does, the friendships that she cultivates, and the life that she is rebuilding for herself.

Brittanie is genuine and truthful. I've never known her to beat around the bush, and I can always count on her to be honest. She is an asset to our workplace and really keeps the wheels turning with her straightforward style of communication. I am incredibly jealous of her ability to handle conflict! She resolves disagreements and dissolves tension better than anyone that I know.

Brittanie is able to discern between relationships that build her up and ones that tear her down. She invests her energy and loyalty into those friendships that encourage her to walk the right path. The opportunities to travel and spend time with her friends and family over the past year has really had a positive impact on her mental health and her outlook on life.

I've watched my friend blossom over the past few years as she moves further and further away from that dark chapter of her life. I didn't know her in the midst of her addiction, but I don't envision her making those kinds of choices ever again. I have no doubt that she will continue down the same path of self-betterment that she has been walking since I met her. The world is a better place because she is beginning to spread her wings in it! Thank you for taking the time to rule on Brittanie's case, and I hope that my perspective can help you choose to grant her the leniency that she has earned.

Sincerely,

Rachel Gaffney

Dear Honorable Judge Brian S. Miller,

I hope this letter finds you well. My name is Michael Boren. My relationship to Brittanie is through marriage, I am married to her cousin. I have known Brittanie for 12 years. I am a decorated United States Marine Corps veteran, currently I am a general manager at one of the largest temperature-controlled companies in the U.S. Lineage logistics. I am writing to share my enthusiastic support for Brittanie, whose recent progress has been nothing short of remarkable.

Over the years, Brittanie has shown a profound commitment to her development, embracing every opportunity for learning and improvement. Her dedication is evident in the consistent effort she puts into her tasks, her openness to feedback, and her initiative-taking approach to overcoming challenges. She has successfully addressed areas of concern, demonstrating both resilience and adaptability. She truly has made immense progress in her development to become a great person and a contributing member to her community.

Brittanie has consistently shown an initiative-taking attitude towards her personal development. She actively seeks feedback, sets meaningful goals, and takes deliberate steps to address areas for growth. Her resilience and openness to learning have enabled her to overcome obstacles and achieve significant milestones.

Looking ahead, I am confident that Brittanie's trajectory will continue to ascend. Her willingness to learn and her ability to apply new skills effectively suggest that she will only get better with time. She has already shown a capacity for growth that is both impressive and inspiring. I have no doubt that her future endeavors will be met with the same level of dedication and excellence she has displayed thus far.

In conclusion, Brittanie has made significant strides in her personal development, and her potential for future success is immense. I wholeheartedly support her and am excited to see the continued positive impact she will undoubtedly make. I would like to ask on her behalf for leniency and early termination of supervised release. She is very capable of making the right decisions moving forward.

Thank you for considering this endorsement of Brittanie's progress and future potential.

Sincerely,

Michael Boren

474677 E 611 Road, Watts OK, 74964

479-747-9260



# Arkansas Department of Corrections-
# Division of Community Correction

OFFICE OF ADULT PROBATION AND PAROLE
601 S. Moose
Morrilton, Arkansas 72110
Morrilton Office (501) 354-2164
Personal Office Phone (501) 242-6053

July 22, 2024

Dear Judge Miller,

My name is Kayla Beck. I am a certified substance abuse counselor for the Arkansas Dept of Corrections- Community Supervision Services office. I worked as a Drug Court counselor in our Russellville office (Pope Co) from 2008 to 2021. In 2021, I transferred to our Morrilton office in the same position, where I am still currently employed.

Brittanie Handley was a program participant in the Pope County Drug Court starting on 12/12/2016 and she successfully graduated from our program on 03/25/2019. During this time, Brittanie received substance abuse group counseling, one on one counseling, and attended community support groups weekly. She was successful in obtaining and maintaining full-time employment and she positively grew the personal relationships in her life.

While in Drug Court, she was indicted on federal charges for behaviors prior to her entry to drug court. As a counselor, it was amazing to see how Brittanie did not let this hinder her progress. She was open to handling her business in a positive way and not engaging in faulty thinking. She continued to be successful despite the challenges presented with federal charges. Brittanie maintained a positive attitude and always had a smile on her face.

Since her graduation from drug court in 2019, she has consistently kept in contact with me and we have discussed her progress in her

own recovery and in her federal case. She has stable full-time employment in a job that she loves and has consistently maintained a positive outlook on life. She has reported to me that she still attends counseling and that she has maintained her recovery. She came to tell her story of success to the Conway County Drug Court participants in May. She gave them words of encouragement and talked with them about the positives of recovery.

Brittanie has shown her ability to maintain her recovery and responsible lifestyle over many years. I believe that she is a perfect case to be approved for early termination of supervision.
Thanks for your time!

Sincerely,

Kayla Beck, BA, ADC
Drug Court Advisor

Gabrielle E. Heath

38 Duncan Lane

Vilonia AR, 72173

gabbyheath1977@gmail.com

(501) - 940 - 1120

Honorable Brian S. Miller

Eastern District of Arkansas

1401 West Capitol

Little Rock, AR 72201

Dear Honorable Judge,

My name is Gabrielle Heath. I am currently a employee at Hartman Animal Hospital where Brittanie Handley is also employed at. I am writing this letter of support for leniency for early release from supervised probation for Brittanie.

I have personally known Brittanie for a little over 5 months now. Not only is she a co-worker of mine, but she is also a very good friend of mine. Since I have started working here, I have seen nothing but hard work and dedication out of Brittanie. The way she cares for our clients and patients is incredible. When I started working here Brittanie has always been a person I can lean on when I need help with something. In the time that I have known Brittanie, she has been a very positive and inspiring person, someone that you can rely on when in need of help.

As Brittanie continues to grow and have a positive attitude towards the situation she is dealing with, I believe that she will be able to ascend on her own. She has an open

mindset and is willing to listen to any advice given to her at anytime. As she continues to have an amazing work ethic and positive outlook on everything in her life, I believe that she is fit for early termination of supervised release.


Thank you,

Gabrielle Heath

← Brittanie Letter

Madason Lewis<br>
17 Weatherwood Dr<br>
Greenbrier AR, 72058<br>
501-314-9551

Dear Honorable Judge,

My name is Madason Lewis and I have known Brittanie for about 3 months now. I was truly blessed to have met her by becoming employed at Hartman Animal Hospital. My very first day working at Hartman Brittanie was the one assigned to train me. She has the title of head receptionist, and looking back on my first day I personally would not have chosen anyone different to train me. She was so calm and understanding of my first day jitters, and not knowing what in the world to do. Working in an animal hospital can be very stressful and nerve racking, but Brittanie never showed me frustration or annoyance with how I made mistakes with every step I took. Months moving by I have become very close to her, and not just on a work level but on a personal one as well. I look forward to going to work every single day simply because she makes it that great. She is quick to jump and help where it is needed being at work, or if I call her after-hours simply just to load her with my own personal events in my life. I have spent many nights with her eating out at our favorite restaurant Texas Roadhouse or simply just going shopping. I can not lie when I say it completely shocked me how caring she is to not just me but others around her. There is not very many people in the world with a big heart like she has. I have laughed many good laughs with her and our other coworkers. Brittanie has a heart of gold and a will to want to help others around her. I see it every day sitting beside her at work when customers walk through the door and immediately walk in her direction. I truly have been blessed to meet her and I hope to continue to see her grow in her life as the person she is today.

**Hartman Animal Hospital**

**385 Hogan Lane**

**501-450-6444**

**6-1-2024**

Honorable Judge

    I am writing you on behalf of Brittanie Handley. I have known Brittanie for 3 years in a working environment at my veterinary practice. Brittanie has shown to be very valuable at my practice. She is the main receptionist and has taken on a lot of responsibility. Her attendance is very reliable and she truly cares about people and their pets. She is very trustworthy with a high volume of both financial and medical information and has shown to be very efficient in her work.

Brittanie appears to be a very kind and compassionate person as well as seen by the care and support she provides for her own pets.

Thank you for considering these good qualities in Brittanie.

Respectfully

Greg Hartman DVM

Ennsleigh Levengood
831 Nutters Chapel apt D13
Conway, Ar 72034
501-800-7584

Dear Honorable Judge,

My name is Ennsleigh Levengood, and I currently work at Hartman Animal Hospital alongside Brittanie Handley. I have had the pleasure of knowing her for a little over a year now. I am writing this letter in support of her being granted leniency for an early release from probation.

There are several reasons why I believe that Brittanie should be granted leniency. She is not only an integral staff member at Hartman Animal Hospital, but I consider her a lifelong friend. She leads with kindness, compassion, respect, and an insatiable desire to bring happiness to her colleagues and friends.

Although I came into her life long after her journey in the system began, I can attest to the fact that the person she has described to me, is not the person she has become. I have had the privilege of getting to know her during her sobriety journey. She keeps a stronghold on her newfound morals, values, and the high standards that she has set for herself. I have never known her to stray from what is needed of her, no matter the circumstances.

This opportunity to become a better version of herself, an integral part of society, has been one that she has seized and succeeded with. I am personally proud of the person I see today. I believe that the journey she has taken has played a huge role in not only saving her life but also giving her a second chance to be the person she has worked so hard to be.

I am constantly reminded that she has walked through her sobriety and probation journey with grace, patience, and a willingness to change and redirect her life.

I ask that granting her early termination of her supervised release is something that might be heavy on your mind. She has an overwhelming amount of support behind her, including, but not

Ennsleigh Levengood
831 Nutters Chapel apt D13
Conway, Ar 72034
501-800-7584

limited to, the staff at Hartman Animal Hospital, friends, family, and those who have personally witnessed her in her truest form.

I would like to end this letter by sincerely thanking you for taking the time to read it and for your consideration on this matter. I am certain the person you see before you will allow you to understand our requests. This leniency would allow Brittanie to move forward with her passions without the weight of her past behind her.


Thank you!

Ennsleigh Levengood