Dear Honorable Judge Miller,

    I hope this letter finds you well. I am writing to request an early release from supervised release. Since 2017, I have adhered to all conditions without any infractions. Throughout this period, I have undergone significant personal transformation and rehabilitation. My journey toward sobriety began before I became aware of these federal charges, and upon learning about them, I resolved to better myself. Rather than letting the charges discourage me, they motivated me to change my life for the better.

    This experience has taught me to turn negatives into positives and find light in the darkest situations. I have grown into a strong, independent, and determined individual. My support system, including family and friends, has been crucial, and I am grateful for their understanding and encouragement.

    I am now at a point where closing this chapter of my life is essential for my continued growth. Remaining on supervised release no longer aligns with the person I have become or the future I am building. I am committed to using my past as a foundation for continuous self-improvement and to contribute positively to my community.

    Ending my term of supervised release will open up greater opportunities for career advancement, as many positions require an unsupervised status. Currently, the terms of my release restrict my ability to travel for personal and professional development, which limits my capacity to support myself and my family effectively. Additionally, early termination will provide a sense of closure, allowing me to move forward with my life without the constraints of my past. This will further motivate me to continue on this positive path of personal growth.

    For these reasons, I respectfully request your consideration for early termination of my supervised release.

Thank you for your time and understanding.

Brittanie N. Handley

*[signature: Brittanie Handley]*


EXHIBIT B