IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                          CASE NO. 4:17-CR-00293-BSM-20

BRITTANIE HANDLEY                                                                 DEFENDANT

## ORDER

Brittanie Handley's motion to terminate her supervised release [Doc. No. 2877] is denied. Handley was given three years of supervised release as part of a sentence that was significantly below the guidelines. She must complete the period of supervised release as specified in the judgment. Doc. No. 2727.

IT IS SO ORDERED this 6th day of September 2024.

_____
UNITED STATES DISTRICT JUDGE